✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

DEC 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

For the

District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| The forensic images of the computer | ) | Case No. 21-4358mb |
| belonging to James McCarty | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer of an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A**
The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seized the person or property.

**YOU ARE COMMANDED** to executed this warrant on or before _____November 30, 2021_____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Any United States Magistrate Judge _____On Duty in the District of Arizona_____ .

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for the delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2021.11.16 13:16:17 -07'00'

*Judge's signature*

City and state:   _____Flagstaff, Arizona_____

Hon. Camille D. Bibles, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 21-4358mb | Date and time warrant executed: 11/29/21 10:30AM | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

DUPLICATED FORENSIC IMAGE "EOI." FILE OF 1B4 - HP DESKTOP

REVIEW PENDING

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/29/21

_Executing officer's signature_

DAWN MARTIN
SPECIAL AGENT, FBI
_Printed name and title_